**DANIEL A. BACON** 065099
Attorney at Law
5200 North Palm Avenue, Suite 408
Fresno, California 93704-2225
Telephone: (559) 241-7000

Attorney for MARK McGARRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MARK McGARRY,<br><br>        Defendant. | Case No. CR-F-05-0012 OWW<br><br>STIPULATION TO CONTINUE MOTIONS HEARING AND ORDER THEREON<br><br>DATE:   August 8, 2005<br>TIME:   1:30 PM<br>DEPT:   Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the motions hearing presently scheduled before the Hon Oliver W. Wanger for August 8, 2005 at the hour of 1:30 PM be continued to September 6, 2005 at 1:30 PM.

IT IS FURTHER STIPULATED that defendant is to file his motions with the court on or before August 8, 2005. The government shall have until August 22, 2005 to respond to defendant's motions, and any reply brief by defendant thereto shall be due on or before August 29, 2005.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of Justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C.

Section 3161 (h)(8)(B)(iv).

Dated: July 1, 2005.                           McGREGOR W. SCOTT, United States Attorney

By:  /s/ Jonathan Conklin
JONATHAN CONKLIN, Assistant U.S. Attorney
Attorney for Plaintiff

Dated: July 1, 2005.

/s/ Daniel A. Bacon
DANIEL A. BACON,
Attorney for Defendant MARK McGARRY

ORDER

IT SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv).

Dated: July __6_____, 2005.

/s/ OLIVER W. WANGER
_____
OLIVER W. WANGER
U.S. District Judge for the
Eastern District of California