1  **DANIEL A. BACON** 065099
   Attorney at Law
2  5200 North Palm Avenue, Suite 408
   Fresno, California 93704-2225
3  Telephone: (559) 241-7000

4  Attorney for MARK McGARRY

5

6

7                   UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,       | Case No. CR-F-05-0012 OWW
11 |         Plaintiff,              | STIPULATION TO CONTINUE
                                       MOTIONS HEARING
12 |     vs.                         | AND ORDER THEREON
13 |
14 | MARK McGARRY,                   | DATE:   October 11, 2005
                                       TIME:   1:30 PM
   |         Defendant.              | DEPT:   Hon. Oliver W. Wanger
15
16 |_____|

17
18         IT IS HEREBY STIPULATED by and between the parties hereto through
19 their attorneys of record that the motions hearing presently scheduled before the Hon
20 Oliver W. Wanger for September 6, 2005 at the hour of 1:30 PM be continued to
21 October 11, 2005 at 1:30 PM.
           IT IS FURTHER STIPULATED that defendant is to file his motions with the
22 court on or before September 13, 2005. The government shall have until September 27,
23 2005 to respond to defendant's motions, and any reply brief by defendant thereto shall
24 be due on or before October 4, 2005.
25         The parties agree that the delay resulting from the continuance shall be
26 excluded in the interests of Justice, including, but not limited to, the need for the period
27 of time set forth herein for effective defense preparation pursuant to 18 U.S.C.
28

Section 3161 (h)(8)(B)(iv).

Dated: August 3, 2005.                    McGREGOR W. SCOTT, United States Attorney

By: /s/ Jonathan Conklin
JONATHAN CONKLIN, Assistant U.S. Attorney
Attorney for Plaintiff

Dated: August 3, 2005.

/s/ Daniel A. Bacon
DANIEL A. BACON,
Attorney for Defendant MARK McGARRY

## ORDER

IT SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv).

Dated: August ___3____, 2005.

/s/ OLIVER W. WANGER_____
OLIVER W. WANGER
U.S. District Judge for the
Eastern District of California