```
MCGREGOR W. SCOTT
United States Attorney
JONATHAN B. CONKLIN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> MARK McGARRY, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | CR-F-05-0012 OWW <br><br> STIPULATION TO CONTINUE DATE FOR FILING OF GOVERNMENT RESPONSE AND HEARING THEREON; PROPOSED ORDER <br><br><br><br><br> Honorable Oliver W. Wanger |

IT IS HEREBY STIPULATED, by and between the parties, that the date for the government to file its response to the defense motions shall be continued from September 21, 2005, to October 17, 2005 and the date for the defendant to file any reply to the government's opposition shall be continued to October 31, 2005.

IT IS FURTHER STIPULATED, by and between the parties, that the date for hearing on the defendant's motions to suppress and to strike surplusage may be continued to November 7, 2005.

IT IS FURTHER STIPULATED, by and between the parties, that, pursuant to 18 U.S.C. § 3161, time shall be excluded to and through a decision on such motions to allow the parties adequate

1

1  time to respond and the court adequate time to issue a ruling.
2       This stipulation is based upon the attached declaration.
3  SO STIPULATED.

                                    MCGREGOR W. SCOTT
                                    United States Attorney

DATED: Sept. 26, 2005     By  /s/ Jonathan B. Conklin
                                    JONATHAN B. CONKLIN
                                    Assistant U.S. Attorney


DATED: Sept. 26, 2005     By, /s/ Daniel A. Bacon (telephonic)
                                    DANIEL A. BACON
                                    Attorney for Defendant

<u>ORDER CONTINUING RESPONSE AND HEARING DATES</u>

IT IS HEREBY ORDERED THAT, the date for the government to file its response to the defense motions shall be continued from September 21, 2005, to October 17, 2005 and the date for the defendant to file any reply to the government's opposition shall be continued to October 31, 2005.

IT IS FURTHER ORDERED THAT the date for hearing on the defendant's motions to suppress and to strike surplusage shall be continued to November 7, 2005 at 1:30 p.m.

IT IS FURTHER ORDERED THAT, pursuant to 18 U.S.C. § 3161, time shall be excluded to and through a decision on such motions to allow the parties adequate time to respond and the court adequate time to issue a ruling thereon.

DATE: September 28, 2005        /s/ OLIVER W. WANGER
                                OLIVER W. WANGER
                                United States District
                                Court Judge

## DECLARATION

I am an assistant United States Attorney and one of the prosecutors assigned to handle the matter of <u>United States v. McGarry</u>, Cr. F. 05-0012 OWW.

On September 21, 2005, counsel for the defendant filed a motion to suppress evidence seized pursuant to a federal search warrant, as well as a motion to strike language from the affidavit.

The government's responses to such motions are currently due on or before September 27, 2005.  That schedule provides less than one week for the government to respond to such motions.

The government is in the process of preparing a response to the defense motions.  It has been determined that it will most likely be necessary to obtain supplemental information and a declaration from witnesses, including corporate counsel for America On-Line.

On September 26, 2005, the government received information indicating that the anticipated witness/counsel for America On-Line was out of his office and not available until at least October 3, 2005.

After receiving the information noted above, and given the existing schedule for counsel for the government, it is anticipated that it will take approximately two weeks to fully research and prepare a response to defense motions.

4

1  Counsel for the government has contacted defense counsel
2  concerning this request and the proposed dates and he indicates
3  that he has no objection to the requested continuance.
4
5  DATE:                              /s/ Jonathan B. Conklin
6                                     JONATHAN B. CONKLIN