```
MCGREGOR W. SCOTT
United States Attorney
JONATHAN B. CONKLIN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-F-05-0012 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE DATE |
| v. | ) | FOR FILING OF GOVERNMENT |
| | ) | RESPONSE AND HEARING THEREON; |
| | ) | ORDER |
| | ) | |
| MARK McGARRY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | Honorable Oliver W. Wanger |

IT IS HEREBY STIPULATED, by and between the parties, that the date for the government to file its response to the defense motions shall be continued from October 17, 2005, to October 31, 2005, and the date for the defendant to file any reply to the government's opposition shall be continued to November 7, 2005.

IT IS FURTHER STIPULATED, by and between the parties, that the date for hearing on the defendant's motions to suppress and to strike surplusage may be continued to November 21, 2005.

IT IS FURTHER STIPULATED, by and between the parties, that, pursuant to 18 U.S.C. § 3161, time shall be excluded to and through a decision on such motions to allow the parties adequate

1

```
 1  time to respond and the court adequate time to issue a ruling.
 2       This stipulation is based upon the attached declaration.
 3
 4  SO STIPULATED.
 5
 6                                  MCGREGOR W. SCOTT
                                    United States Attorney
 7
 8  DATED: Oct. 17, 2005      By  /s/ Jonathan B. Conklin
                                    JONATHAN B. CONKLIN
 9                                  Assistant U.S. Attorney
10
11  DATED: Oct. 17, 2005      By, /s/ Daniel A. Bacon (telephonic)
                                    DANIEL A. BACON
12                                  Attorney for Defendant
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

## ORDER CONTINUING RESPONSE AND HEARING DATES

IT IS HEREBY ORDERED THAT, the date for the government to file its response to the defense motions shall be continued from October 17, 2005, to October 31, 2005, and the date for the defendant to file any reply to the government's opposition shall be continued to November 7, 2005.

IT IS FURTHER ORDERED THAT the date for hearing on the defendant's motions to suppress and to strike surplusage shall be continued to November 21, 2005.

IT IS FURTHER ORDERED THAT, pursuant to 18 U.S.C. § 3161, time shall be excluded to and through a decision on such motions to allow the parties adequate time to respond and the court adequate time to issue a ruling thereon.

DATE: October 19, 2005        /s/ OLIVER W. WANGER
                              OLIVER W. WANGER
                              United States District
                              Court Judge

## DECLARATION

I am an assistant United States Attorney and one of the prosecutors assigned to handle the matter of United States v. McGarry, Cr. F. 05-0012 OWW.

On September 21, 2005, counsel for the defendant filed a motion to suppress evidence seized pursuant to a federal search warrant, as well as a motion to strike language from the affidavit.

The government's responses to such motions are currently due on or before October 17, 2005.

The government is in the process of preparing a response to the defense motions. It has been determined that it will be necessary to obtain supplemental information and a declaration from witnesses, including corporate counsel for America On-Line. That witness was not available until October 3, 2005. Since that date, the government has contacted that witness and is in the process of obtaining a declaration.

After receiving the information noted above, and given the existing schedule for counsel for the government, it is anticipated that it will take approximately two weeks to fully research and prepare a response to defense motions.

    Counsel for the government has contacted defense counsel concerning this request and the proposed dates and he indicates that he has no objection to the requested continuance.

DATE: Oct. 17, 2005                                        /s/ Jonathan B. Conklin
                                                                 JONATHAN B. CONKLIN