1  **DANIEL A. BACON** 065099
   Attorney at Law
2  5200 North Palm Avenue, Suite 408
   Fresno, California 93704-2225
3  Telephone: (559) 241-7000

4  Attorney for MARK McGARRY

5

6

7                UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9

10

11 | UNITED STATES OF AMERICA,    | Case No. CR-F-05-0012 OWW
   |                               |
12 |          Plaintiff,           | STIPULATION TO CONTINUE
   |                               | MOTIONS HEARING
13 |     vs.                       | AND ORDER THEREON

14 | MARK McGARRY,                 | DATE:  February 21, 2006
   |                               | TIME:  1:30 PM
15 |          Defendant.           | DEPT:  Hon. Oliver W. Wanger

16 _____

17

18         IT IS HEREBY STIPULATED by and between the parties hereto through

19 their attorneys of record that the motions hearing presently scheduled before the Hon

20 Oliver W. Wanger for February 21, 2006 at the hour of 1:30 PM be continued to April 24,

21 2006 at 1:30 PM.

22         IT IS FURTHER STIPULATED that defendant is to file any additional

23 motions with the court on or before March 6, 2006. The government shall have until

24 April 3, 2006 to respond to defendant's motions, and any reply brief by defendant thereto

25 shall be due on or before April 10, 2006.

26         The parties agree that the delay resulting from the continuance shall be

27 excluded in the interests of Justice, including, but not limited to, the need for the period

28 of time set forth herein for effective defense preparation pursuant to 18 U.S.C.

Section 3161 (h)(8)(B)(iv).

Dated: January 27, 2006.                    McGREGOR W. SCOTT, United States Attorney

By:  /s/ David Gappa
DAVID GAPPA, Assistant U.S. Attorney
Attorney for Plaintiff

Dated: January 27, 2006.

/s/ Daniel A. Bacon
DANIEL A. BACON,
Attorney for Defendant MARK McGARRY

ORDER

IT SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv).

Dated: ____Jan. 31____, 2006.

/s/ OLIVER W. WANGER_____
OLIVER W. WANGER
U.S. District Judge for the
Eastern District of California