1  **DANIEL A. BACON** 065099
Attorney at Law
2  5200 North Palm Avenue, Suite 408
Fresno, California 93704-2225
3  Telephone: (559) 241-7000

4  Attorney for MARK McGARRY

7  UNITED STATES DISTRICT COURT

8  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-F-05-0012 OWW |
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS HEARING AND ORDER THEREON |
| vs. | |
| MARK McGARRY, | DATE: April 24, 2006<br>TIME: 1:30 PM |
| Defendant. | DEPT: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the motions hearing presently scheduled before the Hon Oliver W. Wanger for April 24, 2006 at the hour of 1:30 PM be continued to June 12, 2006 at 1:30 PM.

IT IS FURTHER STIPULATED that defendant is to file any additional motions with the court on or before April 24, 2006. The government shall have until May 22, 2006 to respond to defendant's motions, and any reply brief by defendant thereto shall be due on or before May 29, 2006.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of Justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C.

Section 3161 (h)(8)(B)(iv).

Dated: March 10, 2006.　　　　　　　　　　McGREGOR W. SCOTT, United States Attorney

　　　　　　　　　　　　　　　　　　　　By:  /s/ David Gappa
　　　　　　　　　　　　　　　　　　　　DAVID GAPPA, Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated:  March 10, 2006.

　　　　　　　　　　　　　　　　　　　　/s/ Daniel A. Bacon
　　　　　　　　　　　　　　　　　　　　DANIEL A. BACON,
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant MARK McGARRY

## ORDER

IT SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv).

2

1
2
3
4
5
6
7
8  **DANIEL A. BACON** 065099
9  Attorney at Law
10 5200 North Palm Avenue, Suite 408
11 Fresno, California 93704-2225
12 Telephone: (559) 241-7000
13
14 Attorney for MARK McGARRY
15
16
17
18                UNITED STATES DISTRICT COURT
19
20                EASTERN DISTRICT OF CALIFORNIA
21
22
23
24 UNITED STATES OF AMERICA,
25
26              Plaintiff,
27                                        MARK McGARRY,
28         vs.

3

|  |  |
|---|---|
|  | Case No. CR-F-05-0012 OWW |
| Defendant. |  |
|  | DECLARATION OF DANIEL A. BACON IN SUPPORT OF STIPULATION TO CONTINUE MOTIONS HEARING AND ORDER THEREON |
| _____ |  |
|  | DATE:     April 24, 2006 |
|  | TIME:     1:30 PM |
|  | DEPT:     Hon. Oliver W. Wanger |

I, Daniel A. Bacon, declare and state as follows:

That I am an attorney licensed to practice law in the State of California, and in the United States District Court for the Eastern District of California, and I represent defendant Mark McGarry herein.

The reason for the requested extension of time in which to file and hear defendant's motion is that this declarant and Assistant U.S. Attorney David Gappa are attempting to resolve the case, which will visciate the need for defendant to file further motions. If the parties cannot reach an agreement regarding a resolution, then supplemental motions will be filed by the requested date.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of March, 2006, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON,
Attorney for Defendant MARK McGARRY

IT IS SO ORDERED.

Emm0d6**Dated:   March 9, 2006**         **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

4