1  **DANIEL A. BACON** 065099
   Attorney at Law
2  5200 North Palm Avenue, Suite 408
   Fresno, California 93704-2225
3  Telephone: (559) 241-7000

4  Attorney for MARK McGARRY

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARK McGARRY,<br><br>　　　　　Defendant. | Case No. CR-F-05-0012 OWW<br><br>STIPULATION TO CONTINUE MOTIONS HEARING AND ORDER THEREON<br><br>DATE:　July 24, 2006<br>TIME:　1:30 PM<br>DEPT:　Hon. Oliver W. Wanger |

　　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the motions hearing presently scheduled before the Hon Oliver W. Wanger for June 12, 2006 at the hour of 1:30 PM be continued to July 24, 2006 at 1:30 PM.

　　　　　IT IS FURTHER STIPULATED that defendant is to file any additional motions with the court on or before June 5, 2006. The government shall have until July 3, 2006 to respond to defendant's motions, and any reply brief by defendant thereto shall be due on or before July 10, 2006.

　　　　　The parties agree that the delay resulting from the continuance shall be excluded in the interests of Justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C.

Section 3161 (h)(8)(B)(iv).

Dated: May 1, 2006.                    McGREGOR W. SCOTT, United States Attorney

By:  /s/ David Gappa
DAVID GAPPA, Assistant U.S. Attorney
Attorney for Plaintiff

Dated:  May 1, 2006.

/s/ Daniel A. Bacon
DANIEL A. BACON,
Attorney for Defendant MARK McGARRY

ORDER

IT SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv).

Dated: ___May 3,_____, 2006.

/s/ OLIVER W. WANGER_____
OLIVER W. WANGER
U.S. District Judge for the
Eastern District of California

2