1  **DANIEL A. BACON** 065099
Attorney at Law
2  5200 North Palm Avenue, Suite 408
Fresno, California 93704-2225
3  Telephone: (559) 241-7000

4  Attorney for MARK McGARRY

6  UNITED STATES DISTRICT COURT

7  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARK McGARRY,<br><br>　　　　Defendant.<br>_____ | Case No. CR-F-05-0012 OWW<br><br>STIPULATION AND ORDER TO ALLOW FILING OF ADDITIONAL BRIEFS |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record, namely defendant Mark McGarry through his attorney, Daniel A. Bacon, and the United States of America, through its attorney, Assistant United States Attorney David Gappa, that defendant will be allowed to file a supplemental brief on or before August 25, 2006, and the government will be allowed to file its responsive pleading, if it so chooses, by September 8, 2006, at which time the matter will be submitted.

Dated: August 18, 2006.　　　　McGREGOR W. SCOTT, United States Attorney

　　　　　　　　　　　　　　　　　　By: /s/ David Gappa
　　　　　　　　　　　　　　　　　　DAVID GAPPA, Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: August 18, 2006.

　　　　　　　　　　　　　　　　　　/s/ Daniel A. Bacon
　　　　　　　　　　　　　　　　　　DANIEL A. BACON,
　　　　　　　　　　　　　　　　　　Attorney for Defendant MARK McGARRY

ORDER

IT IS HEREBY ORDERED that defendant Mark McGarry will be allowed to file a supplemental brief on or before August 25, 2006, and the government will be allowed to file its responsive pleading, if it so chooses, by September 8, 2006, at which time the matter will be submitted.

IT IS SO ORDERED.

**Dated:   August 22, 2006**                           **/s/ Oliver W. Wanger**
emm0d6                                                 UNITED STATES DISTRICT JUDGE